United States District Court
Southern District of Texas
**ENTERED**
November 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CIRILO TOLENTINO MORENO, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04817 |
| | § | |
| RAYMOND THOMPSON, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

The petitioner, Cirilo Tolentino Moreno, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials. Petitioner filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241, which is his second petition challenging his detention. Doc. No. 1. On June 3, 2026, petitioner's previous case was dismissed. *See Moreno v. Thompson, et al.*, Civ. A. No. 4:26-cv-1654 (S.D. Tex. June 3, 2026). Petitioner's new petition does not reflect that there has been a material change in his circumstances since the Court dismissed his first petition.

The petitioner is cautioned that repetitive filings where there is no material change in circumstances waste judicial resources and may result in a finding of an abuse of the writ or that the petitioner is not proceeding in good faith.

Accordingly, the Court **ORDERS** as follows:

1. The petition is **DISMISSED** for the same reasons set forth in *Moreno v. Thompson, et al.*, Civ. A. No. 4:26-cv-1654 (S.D. Tex. June 3, 2026), and as duplicative of that case.
2. All pending motions, if any, are **DENIED**.
3. This case is **CLOSED**.

SIGNED on this 16th day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE